# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

In the Matter of the Search of

(Name, address or brief description of person or property to be searched)

249 Oglethorpe Street Northeast
Washington, D.C.

**SEARCH WARRANT**

CASE NUMBER: 0 8 - 3 7 3 - M  0 1

TO: Special Agent Joshua C. Green and any Authorized Officer of the United States

Affidavit having been made before me by Special Agent Joshua C. Green who has reason to believe that
on the premises known as (name, description and or location)

249 OGLETHORPE STREET NORTHEAST, WASHINGTON, D.C. (This location is described as a multi-story red brick duplex residence located on the south side of Oglethorpe Street Northeast between 3rd Street Northeast and New Hampshire Avenue Northeast, Washington, D.C. To the immediate right of the front door the residence is marked "249" in gold colored numbers on a white background. The front door is white in color with a brass colored mail slot and door knocker colored. There is an outer glass door with white trim and a small grey colored front porch or step which leads to the front door. The front yard has a black colored fence around it.)

in the District of Columbia, there is now concealed certain property, namely (describe the person or property)

    See Attachment A

I am satisfied that the affidavit and any recorded testimony establish probable cause to believe that the property so described is now concealed on premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before  6/21/08
                                                                                Date

the place named above for the property specified, serving this warrant and making the search in the daytime (6:00 A.M. to 10:00 P.M.) and if the property be found there to seize same, leaving a copy of this warrant and receipt for the property taken, and prepare a written inventory of the property seized and promptly return this warrant to the U.S. Magistrate Judge, as required by law.

JUN 11 2008

_____ at Washington, D.C.
Date and Time Issued

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
_____
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>June 11th, 2008 | DATE AND TIME WARRANT EXECUTED<br>June 19th, 2008 | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>Lefton Premises |
| INVENTORY MADE IN THE PRESENCE OF ATF Special Agents Meixner, Green, Day-Hill, Borgman, Codispot | | |

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

- Suspected marijuana
- suspected drug packaging material and paraphernalia
- suspected counterfeit US currency
- cell phones
- ammunition - .40, .380, .357 caliber
- electronic scales
- bottle of suspected PCP
- suspected cocaine
- U.S. currency
- false identification card
- documents in the name of Tiera Holloway and Lovis Beamon
- three BB guns
- two disposable digital cameras

**FILED**
JUN 20 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

X _____

Subscribed, sworn to, and returned before me this date.

_____  6/20/08
U.S. Judge or Magistrate    Date

## ATTACHMENT A

### List of Items to be Seized at Premises

1. Illegal drugs to include, but not limited to, marijuana.

2. Paraphernalia for packaging, cutting, weighing and distributing illegal drugs, including but not limited to, scales, baggies, and cutting agents.

3. Firearms, firearm magazines, firearm attachments, ammunition, firearm parts and holsters as well as documentation of the purchase, storage, possession, disposition, dominion and control of firearms, including paperwork and receipts.

4. United States currency, precious metals, jewelry and financial instruments.

5. Books, records, receipts, notes, ledgers, and other papers relating to the transportation, ordering, purchase and distribution of controlled substances.

6. Address and telephone books and papers reflecting names, addresses and telephone numbers.

7. Books, records, receipts, bank statements, and records, money drafts, letters of credit, money order and cashier's checks related to the obtaining, secreting, transfer, and concealment of assets and/or the expenditure of money.

8. Electronic equipment such as mobile telephones, telephone answering machines, telephone paging devices, and currency counting machines.

9. Photographs and/or video tapes, in particular, those photographs and/or video tapes of co-conspirators, assets, controlled substances, or of individuals with controlled substances and those that assist in identifying associates and conspirators.

10. Indicia of occupancy, residence, and ownership of the premises, including but not limited to, utility and telephone bills, mail matter, canceled envelopes, and keys.